424 A.2d 556

Commonwealth v. Molewski, Appellant.

Submitted June 29, 1979.

Basil G. Russin, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.